IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD C. TATUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 21-cv-06732 |
| v. | ) | |
| | ) | Judge Sharon Johnson Coleman |
| 10 ROADS EXPRESS, LLC, | ) | Magistrate Judge Beth Jantz |
| | ) | |
| Defendant. | ) | JURY DEMANDED |

## SCHEDULE 3(a) – PLAINTIFF'S SHORT DESCRIPTION OF CASE

This matter stems from the Plaintiff's employment at Defendant's Homewood, Illinois trucking facility from 1998 until late October 2020, when his employment ended. For the last twenty years of his employment, Plaintiff worked as a dispatcher for Defendant.

Plaintiff alleges that on October 24, 2020, while working for Defendant he engaged in activities protected by Illinois law as embodied in the Illinois Workers' Compensation Act including reporting a health related emergency that occurred on the job to Defendant and receiving related medical treatment.

Plaintiff claims that Defendant retaliated against him because of his protected activities by discharging him from his employment on October 26, 2024, in violation of Illinois law.

Plaintiff claims that Defendant's illegal retaliatory discharge caused him to suffer both economic and non-economic damages including lost wages and lost health, retirement and other benefits, as well as emotional and related physical pain, mental anguish, and loss of normal life.

Defendant denies that it has violated any law, or that Plaintiff is entitled to any damages. Defendant contends that Plaintiff voluntarily resigned his employment on October 24, 2020, and that it did not discharge him in retaliation for his exercise of rights under Illinois law or the

Illinois Workers' Compensation Act. Because Defendant does not believe it violated the law, it does not believe Plaintiff should be awarded damages in any amount.

You are here to determine whether Defendant discharged Plaintiff from his employment and, if so, whether the job termination violated Illinois law. If you determine that Defendant violated Illinois law, you will also be asked to calculate the extent and amount of compensatory and punitive damages to be awarded to adequately compensate Plaintiff and punish Defendant.

Date:  June 16, 2025  PLAINTIFF, RONALD C. TATUM

By:  /s/ Timothy J. Coffey
      One of His Attorneys

Timothy J. Coffey
THE COFFEY LAW OFFICE, P.C.
118 N. Clinton Street, Suite 125
Chicago, IL 60661
(312) 627-9700
ARDC No. 6224686
tcoffey@worker-law.com

Heidi Karr Sleper, Esq.
Kurtz, Sleper & Exline, LLC
610 West Roosevelt Rd, Second Floor
Wheaton, IL 60187
ARDC No.
hsleper@kselegal.com