**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RONALD C. TATUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 21-cv-06732 |
| v. ) | |
| ) | Judge Sharon Johnson Coleman |
| 10 ROADS EXPRESS, LLC, ) | Magistrate Judge Beth Jantz |
| ) | |
| Defendant. ) | JURY DEMANDED |

## SCHEDULE 3(B) – DEFENDANTS' SHORT DESCRIPTION OF CASE

Plaintiff alleges that on October 24, 2020, while working for Defendant he engaged in activities protected by Illinois law as embodied in the Illinois Workers' Compensation Act including reporting a health related emergency that occurred on the job to Defendant and receiving related medical treatment.

Plaintiff claims that Defendant retaliated against him because of his protected activities by discharging him from his employment on October 26, 2024, in violation of Illinois law.

Plaintiff claims that Defendant's discharge caused him to suffer both economic and non-economic damages including lost wages and lost health, retirement and other benefits, as well as emotional and related physical pain, mental anguish, and loss of normal life.

Defendant denies that it has violated any law, or that Plaintiff is entitled to any damages. Defendant contends that Plaintiff voluntarily resigned his employment on October 24, 2020, and that it did not discharge him in retaliation for his exercise of rights under Illinois law or the Illinois Workers' Compensation Act. Because Defendant does not believe it violated the law, it does not believe Plaintiff should be awarded damages in any amount.

Respectfully submitted,

10 ROADS EXPRESS, LLC, and
10 ROADS SOUTH, LLC,


By:     /s/ Joseph K. Nichele
         One of their Attorneys

Joseph K. Nichele (jnichele@momkus.com)
Momkus LLP
Attorney for Defendants
1001 Warrenville Road, Suite 500
Lisle, Illinois 60562
(630) 434-0297
Fax: (630) 434-0444