IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RONALD C. TATUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 21-cv-06732 |
| v. | ) |
| | ) Judge Sharon Johnson Coleman |
| 10 ROADS EXPRESS, LLC, | ) Magistrate Judge Beth Jantz |
| | ) |
| Defendant. | ) JURY DEMANDED |

### AMENDED SCHEDULE 4(a) - PLAINTIFF'S TRIAL WITNESS LISTS

**Plaintiff will call to testify at the trial in this matter: (order not yet determined)**

1. Ronald Tatum

2. Jeff Natelborg

3. Rich Patterson

4. Gino Prestia

5. Rico Prestia

6. Caitlin Ellis

7. Dr. Gordon Schulz

**Plaintiff may call to testify at the trial in this matter:**

1. Amy Cole

2. Erik Rankin

3. Dr. Lydia Edokpayi Aluyi, or Carolyn Bailey or other Custodian of Records for Franciscan Physician Network

4. Mike James, Defendant's CFO

The Plaintiff reserves the right to call any witness identified by the Defendant, or any other party to this litigation including any current or former employee of Defendant, not named above. The Plaintiff reserves the right to call additional witnesses not named above in rebuttal to Defendant's case in chief.

Date:  June 19, 2025				PLAINTIFF, RONALD C. TATUM

By: /s/ Timothy J. Coffey
      One of His Attorneys

Timothy J. Coffey
THE COFFEY LAW OFFICE, P.C.
118 N. Clinton Street, Suite 125
Chicago, IL 60661
(312) 627-9700
ARDC No. 6224686
tcoffey@worker-law.com

Heidi Karr Sleper, Esq.
Kurtz, Sleper & Exline, LLC
610 West Roosevelt Rd, Second Floor
Wheaton, IL 60187
ARDC No.
hsleper@kselegal.com