IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RONALD C. TATUM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 10 ROADS EXPRESS, LLC, ) <br> ) <br> Defendant. ) | Case No. 21-cv-06732 <br><br> Judge Sharon Johnson Coleman <br> Magistrate Judge Beth Jantz <br><br> JURY DEMANDED |

## SCHEDULE 4(b) – DEFENDANTS' TRIAL WITNESS LISTS

a) <u>Defendants' Will Call Witnesses:</u>

　　i.　**Jeff Natelborg**

　　ii.　**Gino Prestia**

　　iii.　**Richard Patterson**

　　iv.　**Caitlin Ellis**

b) <u>Defendants' May Call Witnesses:</u>

　　i.　**Ronald Tatum (adverse)**

　　ii.　**Rico Prestia**

Defendants reserve the right to call any witness identified by the Plaintiff.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　10 ROADS EXPRESS, LLC, and
　　　　　　　　　　　　　　　　10 ROADS SOUTH, LLC,


　　　　　　　　　　　　　　　　By:　/s/ Joseph K. Nichele
　　　　　　　　　　　　　　　　　　　One of their Attorneys

Joseph K. Nichele (jnichele@momkus.com)
Momkus LLP
Attorney for Defendants
1001 Warrenville Road, Suite 500
Lisle, Illinois 60562
(630) 434-0297
Fax: (630) 434-0444