**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RONALD C. TATUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 21-cv-06732 |
| v. | ) | |
| | ) | Judge Sharon Johnson Coleman |
| 10 ROADS EXPRESS, LLC, | ) | Magistrate Judge Beth Jantz |
| | ) | |
| Defendant. | ) | JURY DEMANDED |

<u>**AMENDED SCHEDULE 5(a): PLAINTIFF'S EXHIBIT LIST**</u>

Plaintiff, RONALD C. TATUM, by and through his attorneys, lists the following

Exhibits that he may use to question witnesses on and/or seek to introduce into evidence at the

trial in this matter, as well as his demonstrative exhibits.

| Exhibit No. | Description | Objection | Response |
|---|---|---|---|
| 1. | Caitlin Ellis 10-26-2020 Termination Letter. DEF 21. | None. | |
| 2. | 10 Roads Express Employee Handbook (10-01-2020). DEF 351-385. | None. | |
| 3. | 10 Roads Express 10-27-2020 Employee Separation Notice. DEF 20. | None. | |
| 4. | 10-26-2020 Emls re: "RON TATUM – RESIGNATION." DEF 807-809. | None. | |
| 5. | 10-27-2020 Emls re: "I didn't quit or retire as rumors Fly." DEF 810-811. | None. | |
| 6. | 10-24 to 27-2020 Emls re: "Melt Down." DEF 812-814. | None. | |
| 7. | Tatum 10-24 and 25-2020 Emls re: Melt Down. P 1-4. | None. | |

| Exhibit No. | Description | Objection | Response |
|---|---|---|---|
| 8. | Tatum-Natelborg 10-24 and 25-2020 Texts. EEOC 155, 157. | Object only to Plaintiff's handwritten notes on document. | No basis for obj given. |
| 9. | Tatum Mobile Phone Calls 10-24-2020. EEOC 156. | Rule 402-Relevance; Rule 802-Hearsay; objection to handwritten notes. | Would agree to redact all except Richard Patterson calls and related notes; not H/S per 801(d); no basis given for obj to notes. |
| 10. | Tatum-Gino Prestia 10-27-2020 Texts. P 10. | None. | |
| 11. | Gino Prestia 11-02-2020 Statement. DEF 17. | None. | |
| 12. | Jeff Natelborg 11-02-2020 Statement. DEF 18. | None. | |
| 13. | Richard Patterson 11-03-2020 Statement. DEF 19. | None. | |
| 14. | Dr. Lydia Edokpayi Aluyi, Franciscan Health Olympia Fields Emergency Dept., 10-24-2020 "Work/School Excuse Letter." P 481. | Rule 802-Hearsay | Excepted per 803(3),(4),(6) |
| 15. | Franciscan Health - Olympia Fields Emergency Dept. records re: 10-24-2020 (produced by Franciscan Health in response to subpoena issued by Defendant – pages 153-191) | Rule 402-Relvance; Rule 403-undue prejudice and confusion; Rule 802-Hearsay. Further, such documents should not be admissible as a substitute for medical opinion testimony as to diagnosis, causation, prognosis, or permanency. | Relevant to damages – not unduly prejudicial or confusing; Not H/S per 801(d)(1); excepted per 803(3)-(6) |

| Exhibit No. | Description | Objection | Response |
|---|---|---|---|
| 16. | Franciscan Health – Specialty Physicians of Illinois Olympia Fields Psychology records re: 01-21-2021 to 12-09-2021 (produced by Franciscan Health in response to subpoena issued by Defendant – pages 1-444) | Rule 402-Relvance; Rule 403-undue prejudice and confusion; Rule 802-Hearsay. Further, such documents should not be admissible as a substitute for medical opinion testimony as to diagnosis, causation, prognosis, or permanency. | Relevant to damages – not unduly prejudicial or confusing; Not H/S per 801(d)(1); excepted per 803(3)-(6) |
| 17. | Business Records Certificate of Authenticity executed by Franciscan Physician Network Custodian of Records Carolyn Bailey 06-14-2023. | Rule 402-Relevance; Rule 403-undue prejudice and confusion; Rule 802-Hearsay | Relevant to damages – not unduly prejudicial or confusing; Not H/S per 801(d)(1); excepted per 803(3)-(6) |
| 18. | Dr. Gordon Schulz, Psy.D., notes (various dates January 2021 to January 2022) (produced by Dr. Schulz) | Rule 802-Hearsay | Not H/S per 801(d)(1); excepted per 803(3)-(6) |
| 19. | Tatum Work Search Records (various dates Oct. 2020 to date). P 311-393, 396-459, 488-528, 649-688. | Rule 802-Hearsay | Not H/S per 801(d)(1); D also has as a proposed trial Ex. |
| 20. | Morgan Planning Grp. 11-02-2020 Letter to Tatum re: COBRA Notice. Def 223-225. | Rule 402-Relevance; Rule 403-undue prejudice and confusion; Rule 802-Hearsay | Relevant to damages; not unduly prejudicial or confusing; not H/S per 801(d)(2); excepted per 803(6). |
| 21. | Morgan Planning Grp. 11-02-2020 Letter to Tatum re: Notice of Life Insurance Ending. Def 227-230. | Rule 402-Relevance; Rule 403-undue prejudice and confusion; Rule 802-Hearsay | Relevant to damages; not unduly prejudicial or confusing; not H/S per 801(d)(2); excepted per 803(6). |

| Exhibit No. | Description | Objection | Response |
|---|---|---|---|
| 22. | Tatum Medical Records and Bills (various dates). P 81-167, 529-551. | Rule 402-Relevance; Rule 403-undue prejudice and confusion; Rule 802-Hearsay | Relevant to damages; not unduly prejudicial or confusing; not H/S per 801(d)(2); excepted per 803(6). |
| 23. | Monarch Legal Grp. LLC Documents Oct. 2019. P 261-294. | Rule 402-Relevance; Rule 403-undue prejudice and confusion; Rule 802-Hearsay | Relevant to damages; not unduly prejudicial or confusing; not H/S per 801(d)(2); excepted per 803(6). |
| 24. | Tatum Financial Records (various dates). P 168-201, 460-462, 626-629. | Rule 402-Relevance; Rule 403-undue prejudice and confusion; Rule 802-Hearsay | Relevant to damages; not unduly prejudicial or confusing; not H/S per 801(d)(2); excepted per 803(6). |
| 25. | Wells Fargo Home Mortgage documents (various dates 2021-2023). P 299-310, 463-469. | Rule 402-Relevance; Rule 403-undue prejudice and confusion; Rule 802-Hearsay | Relevant to damages; not unduly prejudicial or confusing; not H/S per 801(d)(2); excepted per 803(6). |
| 26. | Tatum Bankruptcy (NDIL BK #24-09695) Documents July 2024. P 552-618. | Rule 402-Relevance; Rule 403-undue prejudice and confusion | Relevant to damages; not unduly prejudicial or confusing. |
| 27. | Sales contract re: sale of Tatum home Oct. 2023. P 630-643. | Rule 402-Relevance; Rule 403-undue prejudice and confusion; Rule 802-Hearsay | Relevant to damages; not unduly prejudicial or confusing; not H/S per 801(d)(2); excepted per 803(6). |
| 28. | Def's Payroll Records 2017-2020. Def 106-180. | None. | |
| 29. | Def's Benefits Records 2017-2020. Def 194-212, 234-239. | None. | |

| Exhibit No. | Description | Objection | Response |
|---|---|---|---|
| 30. | Sun Life STD Payments April 2020. Def 315-318. | Rule 402-Relevance; Rule 403-undue prejudice and confusion | Relevant to damages; not unduly prejudicial or confusing. |
| 31. | RT PTO Payout April 2020. Def 316. | Rule 402-Relevance; Rule 403-undue prejudice and confusion | Relevant to damages; not unduly prejudicial or confusing. |
| 32. | Sale of RT Home Closing Docs – Feb 2024. P 689-691. | Rule 402-Relevance; Rule 403-undue prejudice and confusion; Rule 802-Hearsay | Relevant to damages; not unduly prejudicial or confusing; not H/S per 801(d)(2); excepted per 803(6). |
| 33. | Defendant's 2022-2023 and 2023 and 2024 Balance Sheet and Income Statement. Def 836-839. | Rule 402-Relevance; Rule 403-undue prejudice and confusion; *See* also Defendants' Motion in *limine* No. 10. | Relevant to punitive damages; not unduly prejudicial or confusing; see Plaintiff' response to D's MIL #10. |

The above list of exhibits is subject to modification based on any stipulations the parties can reach and also the Court's rulings on the parties' respective Motions *in Limine*. Plaintiff reserves the right to use any Exhibit identified by the Defendants. Plaintiff reserves the right to use and/or seek to admit into evidence other documents not identified above to refresh recollection pursuant to FRE 612 and/or in rebuttal to Defendants' case in chief. Plaintiff also reserves the right to propose additional demonstrative evidence and to use any demonstrative evidence Defendants identify and/or bring to trial.

Date: June 26, 2025                PLAINTIFF, RONALD C. TATUM

                                                   By: /s/ Timothy J. Coffey
                                                          One of His Attorneys

Timothy J. Coffey
THE COFFEY LAW OFFICE, P.C.
118 N. Clinton Street, Suite 125
Chicago, IL 60661
(312) 627-9700
ARDC No. 6224686
tcoffey@worker-law.com

Heidi Karr Sleper, Esq.
Kurtz, Sleper & Exline, LLC
610 West Roosevelt Rd, Second Floor
Wheaton, IL 60187
ARDC No.
hsleper@kselegal.com