**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| RONALD C. TATUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 21-cv-06732 |
| v. ) | |
| ) | Judge Sharon Johnson Coleman |
| 10 ROADS EXPRESS, LLC, 10 ROADS ) | Magistrate Judge Beth Jantz |
| SOUTH, LLC, GINO PRESTIA, and JEFF ) | |
| NATELBORG, ) | |
| Defendants. ) | JURY DEMANDED |

## SCHEDULE 5(b): DEFENDANTS' EXHIBIT LIST

10 Roads Express, LLC and 10 Roads South, LLC (collectively "10 Roads Express"), by their attorney, Joseph K. Nichele of Momkus LLP, discloses the following Exhibits that may be used to question witnesses on and/or seek to introduce into evidence at the trial in this matter, as well as his demonstrative exhibits.

| Exhibit No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| DX 1 | XXX | **10 Roads Employee Handbook (D. 351-385)** | XXX | XXX |
| DX 2 | 08/26/20 | **Acknowledgment of Receipt of Employee Handbook (D. 30-32)** | XXX | XXX |
| DX 3 | 11/02/20 | **Statement from Jeff Natelborg (D. 18)** | XXX | XXX |
| DX 4 | 11/02/20 | **Statement from Gino Prestia (D. 17)** | XXX | XXX |
| DX 5 | 11/03/20 | **Statement from Richard Patterson (D. 19)** | XXX | XXX |
| DX 5 | 10/24/20 | **Text Message from Ronald Tatum to Jeff Natelborg (P. 08).** | XXX | XXX |

| | | | | |
|---|---|---|---|---|
| **DX 6** | 10/26/20 | **Correspondence from Caitlin Ellis to Ronald Tatum (D. 21-22)** | **XXX** | **XXX** |
| **DX 7** | 10/27/20 | **Emails between Jeff Nateborg and Catlin Ellis (D. 812-814)** | **XXX** | **XXX** |
| **DX 8** | 10/27/20 | **Separation Notice (D. 20)** | **XXX** | **XXX** |
| **DX 9** | 10/03/2022 | **IWCC Application for Adjustment of Claim (P. 76-77)** | **FRE 401, 403 (see P's MIL)** | **Relevant to Defendant's intention or motivation in accepting Plaintiff's retaliation** |
| **DX 10** | 4/8/2025 | **22WC025989 Motion to Voluntarily Dismiss** | **FRE 401, 403 (see P's MIL)** | **See response to objection to DX 9** |
| **DX 11** | 4/12/04 | **Settlement Documents 00WC18519 (P. 74-75)** | **FRE 401, 403 (see P's MIL)** | **See response to objection to DX 9** |
| **DX 12** | XXX | **Ronald Tatum Resume (P. 525-528)** | **XXX** | **XXX** |
| **DX 13** | XXX | **Ronald Tatum's Job Search Documents (P. 311-459, 488-523, 649-688)** | **XXX** | **XXX** |

The above list of exhibits is subject to modification based on any stipulations the parties can reach and the Court's rulings on the parties' respective Motions *in Limine*. 10 Roads Express reserves the right to use any Exhibit identified by the Plaintiff. 10 Roads Express reserves the right to use and/or seek to admit into evidence other documents not identified above to refresh recollection pursuant to FRE 612 and/or in rebuttal to Plaintiff's case in chief. 10 Roads Express also reserves the right to propose additional demonstrative evidence and to use any demonstrative evidence Plaintiff identifies and/or brings to trial.

Respectfully submitted,

10 ROADS EXPRESS, LLC, and
10 ROADS SOUTH, LLC,

By:     /s/ Joseph K. Nichele

One of their Attorneys

Joseph K. Nichele (jnichele@momkus.com)
Momkus LLP
Attorney for Defendants
1001 Warrenville Road, Suite 500
Lisle, Illinois 60562
(630) 434-0297
Fax: (630) 434-0444