# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Ronald C Tatum

                        Plaintiff,

v.                                       Case No.: 1:21−cv−06732

                                       Honorable Sharon Johnson Coleman

10 Roads Express, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 30, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 12/30/2025. Plaintiff's motion to increase the amount of Defendants' supersedeas bond and for leave from the stay is granted. [224] The Court finds that the change in Defendants' financial circumstances has increased the risk that Plaintiff will be unable to collect the judgment if it is affirmed. In accordance with Local Rule 62.1, Defendants shall post an increased bond in the amount of the judgment entered by the Court of $1,050,000 plus one year's interest at the rate provided in 28 U.S.C. §1961, plus $500 to cover costs. Plaintiff is granted leave to attach Defendant's assets in accordance with applicable Illinois law. Defendants are ordered to post bond in conformance with Local Rule 65.1 for approval by the Clerk. Defendants' motion to approve a cash deposit as supersedeas bond is denied as moot. [222] Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.